UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMIR GHUGE,

                    Plaintiff,

        - against -

VIRTUSA CORPORATION,

                    Defendant.

**ORDER**

19 Civ. 8091 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference previously scheduled for December 12, 2019 will now take place on **December 19, 2019 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        December 5, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge