UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMIR GHUGE,

        Plaintiff,

- against -

VIRTUSA CORPORATION,

        Defendant.

**ORDER**

19 Civ. 8091 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion is due on **January 10, 2020**;
2. Plaintiff's opposition is due on **January 31, 2020**; and
3. Defendant's reply, if any, is due on **February 7, 2020**.

It is further ORDERED that discovery is stayed pending resolution of Defendant's motion to dismiss.

Dated: New York, New York
      December 19, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge