**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAMIR GHUGE,

                      Plaintiff,

      -against-                                         19 **CIVIL** 8091 (PGG)

                                                                **JUDGMENT**

VIRTUSE CORPORATION,

                    Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 3, 2020, Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            November 4, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                           **Clerk of Court**
                                        **BY:**
                                                           **Deputy Clerk**